NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL DALE FRANKLIN,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No. 2D17-4880
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Russell D. Franklin, pro se.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.